20640. WARE *v.* THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and the defendant's motion for a new trial contained the usual general grounds only.
*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 15, 1930.

*Norman Shattuck,* for plaintiff in error.
*M. Neil Andrews, solicitor-general, Dean Owens,* contra.